1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                    **CENTRAL DISTRICT OF CALIFORNIA**
10
11  JESUS AGUILAR PACHECO,              ) NO. EDCV 10-00616-DOC (MAN)
                                        )
12                    Petitioner,       )
                                        )
13        v.                            ) JUDGMENT
                                        )
14  LARRY SMALL, WARDEN,                )
                                        )
15                    Respondent.       )
    _____ )
16
17        Pursuant to the Court's Order Adopting Findings, Conclusions, and
18  Recommendations of United States Magistrate Judge,
19
20        IT IS ADJUDGED that this action is dismissed with prejudice.
21
22  DATED: April 14, 2011
23
24                                   _David O. Carter_____
                                        DAVID O. CARTER
25                                   UNITED STATES DISTRICT JUDGE
26
27
28